UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No.: 3:11-bk-05404-PMG

JOLENE RITA SNYDER,

    Debtor.
_____/

NOTICE OF INTENT TO SELL
PROPERTY OF THE ESTATE AT PRIVATE SALE

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on Jacob A. Brown, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 3100, Jacksonville, FL 32202; Gordon P. Jones, Chapter 7 Trustee, P.O. Box 600459, Jacksonville, FL 32260; and U.S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, FL 32801.
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    PLEASE TAKE NOTICE that, pursuant to 11 U.S.C § 363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, Gordon P. Jones (the "Trustee") will sell at private sale the Estate's interest in the following described property:

    Household goods and furnishings in the amount of **$2,000.00**; art in the amount of **$20.00**; clothing in the amount of **$100.00**; jewelry in the amount of **$100.00**; sports equipment in the amount of **$80.00**; a 2000 Chevrolet Silverado 1500 in the amount of **$1,600.00** and a 2004 Chrysler Pacifica in the amount of $5,000.00, less applicable lien, for **$600.00**.

    The sale shall be to the Debtor for **$4,500.00** payable in twelve (12) monthly

payments of $375.00 beginning on November 15, 2011 and continuing on or before the fifteenth (15th) day of each month for eleven (11) months thereafter. **Furthermore, the Debtor shall forthwith provide the Trustee proof that the tangible personal property and motor vehicle, if applicable, are insured against all standard risks and that the Bankruptcy Estate is designated as a loss payee in that policy. The coverage shall continue until the sale contemplated under this Notice is finalized.**

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Gordon P. Jones, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one-day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one-day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to the Bankruptcy Code. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors. **The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.**

Accepted and Agreed to:

_____
Jolene Rita Snyder

_____

{JA657444;1}

Dated: October 17, 2011.  AKERMAN SENTERFITT

By:/s/ *Jacob A. Brown*
    Jacob A. Brown
    Florida Bar No.: 0170038
    Email: jacob.brown@akerman.com
    Katherine C. Fackler
    Florida Bar No. 068549
    Email: katherine.fackler@akerman.com
    50 North Laura Street, Suite 3100
    Jacksonville, FL 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

    Attorneys for Gordon P. Jones, Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or by United States Mail, postage prepaid and properly addressed, this 17th day of October, 2011, to:

Jolene Rita Snyder
3875 San Pablo Road South, Unit 801
Jacksonville, FL 32224

David P. Trotti, Esq.
1542 Glengarry Road
Jacksonville, FL 32207

Gordon P. Jones, Chapter 7 Trustee
P.O. Box 600459
Jacksonville, FL 32260

United States Trustee – JAX7
135 W. Central Blvd., Suite 620
Orlando, FL 32801

and all parties on the attached mailing matrix.

                                          /s/ *Jacob A. Brown*
                                          Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:11-bk-05404-PMG<br>Middle District of Florida<br>Jacksonville<br>Mon Oct 17 10:15:11 EDT 2011 | Jacob A. Brown<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 3100<br>Jacksonville, FL 32202-3659 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jolene Rita Snyder<br>3875 San Pablo Rd S., Unit 801<br>Jacksonville, FL 32224-6809 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | ALLIED INTERSTATE<br>for Lowes<br>PO Box 361774<br>Columbus, OH 43236-1774 | Advantage Assets II, Inc.<br>7322 Southwest Frwy, Suite 1600<br>Houston, TX 77074-2053 |
| Ais Services LLC<br>8996 Miramar Rd Ste 220<br>San Diego, CA 92126-4451 | American General Finance<br>4020 Newberry Road<br>Gainesville, FL 32607-4819 | Asset Acceptance LLC<br>for Bank of America<br>Po Box 2036<br>Warren, MI 48090-2036 |
| Asset Acceptance, LLC<br>assignee BANK OF AMERICA<br>PO Box 2036<br>Warren, MI 48090-2036 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Bank of America<br>Attn: GCIB Credit Services<br>RELAHI GA2-002-05-12<br>PO BOX 105483<br>Atlanta, GA 30348-5483 |
| CITIBANK<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 20432<br>Kansas City, MO 64195-0432 | COMCAST<br>PO BOX 551217<br>JACKSONVILLE, FL 32255-1217 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | (c)CAVALRY PORTFOLIO SERVICES<br>7 SKYLINE DR STE 350<br>HAWTHORNE NY 10532-2162 | Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA<br>c/o JP Morgan Chase<br>1191 E Newport Ctr Dr, #101<br>Deerfield Beach, FL 33442-7736 | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007-1912 |
| DISCOVER CARD<br>BANKRUPTCY DEPT<br>PO BOX 3025<br>New Albany, OH 43054-3025 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| Duval County Tax Collector<br>231 Forsyth St. #130<br>Jacksonville FL 32202-3380 | FMS INC.<br>FOR Kohls<br>4915 S. UNION AVENUE<br>Tulsa, OK 74107-7839 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |

Gemb/Ge Money Bank Lowes
Po Box 103065
Roswell, GA 30076

Hsbc/Bstby
1405 Foulk Road
Wilmington, DE 19803-2769

Hsbc/Bstby
Pob 15521
Wilmington, DE 19850-5521

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

LOWE'S
PO BOX 981064
EL PASO, TX 79998-1064

Ltd Financial Svcs Lp
for Home Depot
7322 Southwest Fwy Ste 1
Houston, TX 77074-2010

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274-0281

MAYO CLINIC JACKSONVILLE
4500 SAN PABLO ROAD
JACKSONVILLE, FL 32224-3899

MAYO CLINIC JACKSONVILLE
4500 San Pable Rd/Sandcastle
Jacksonville, FL 32224-3899

Mayo Employees Fcu
130 23rd Ave Sw
Rochester, MN 55902-0994

Michael C. Winter, DDS, PA
100 Professional Dr
Ponte Vedra Beach, FL 32082-6216

Midland Credit Manangement, Inc.
8875 Aero Drive, Suite 200
San Diego CA 92123-2255

Midland Credit Mgmt
8875 Aero Dr, Ste 200
San Diego, CA 92123-2255

NIAGARA CREDIT SOLUTION
FOR American General Finance
420 LAWRENCE BELL Dr, Ste 2
Williamsville, NY 14221-8820

(p)THE NEMOURS FOUNDATION
10140 CENTURION PARKWAY NORTH
JACKSONVILLE FL 32256-0532

River Point Comunity Assoc.
C/O Robert Tankle Esq.
1022 Main Street, Suite D
Dunedin, FL 34698-5237

Rnb - Mflds
3701 Wayzata Blvd
Minneapolis, MN 55416-3401

Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117-6189

(c)SPRINT PCS
7 SKYLINE DR STE 350
HAWTHORNE NY 10532-2162

State Collection Service
2509 S Stoughton Rd
Madison, WI 53716-3314

State Collection Service Inc
for Mayo Clinic Florida
2509 S. Stoughton Rd
Madison, WI 53716-3314

Suntrust Bk Central Fl
Po Box 4986
Orlando, FL 32802-4986

United States Trustee
135 W Central Blvd, Suite 620
Orlando, FL 32801-2440

Wach Disp Rs
Po Box 3117
Winston Salem, NC 27102-3117

Wach/Stbk
234 Goodwin Crest Dr
Birmingham, AL 35209-3701

Wachrl
Po Box 3117
Winston Salem, NC 27102-3117

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICA S SERVICING
ATTN BANKRUPTCY DEPT
MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Wfb/Wb
P.O. Box 3117
Winston-Salem, NC 27102-3117

Wfm/Wbm
3480 Stateview Blvd Bldg
Fort Mill, SC 29715-7203

Gordon P. Jones +
P O Box 600459
Jacksonville, FL 32260-0459

David P Trotti +
1542 Glengarry Rd
Jacksonville, FL 32207-1112

United States Trustee - JAX 7 +
135 W Central Blvd Suite 620
Orlando, FL 32801-2440

Atlas Acquisitions LLC +
Attn: Avi Schild
294 Union Street
Hackensack, NJ 07601-4303

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Springleaf Financial Services
po box 3251
Evansville, IN 47731-3251

Cap One
Po Box 85520
Richmond, VA 23285

Nemours Children's Clinic
PO Box 530253
Atlanta, GA 30353

(d)Springleaf Financial Service
Po Box 3251
Evansville, IN 47731

(d)Springleaf financial Service
P O Box 59
Evansville, IN 47701

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Cavalry Portfolio Services
7 Skyline Dr Ste 3
Hawthorne, NY 10532

Sprint PCS
7 Skyline Dr, Suite 3
Hawthorne, NY 10532

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

(d)Jacob A Brown +
Akerman Senterfitt
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

(d)Gordon P. Jones +
P.O. Box 600459
Jacksonville, FL 32260-0459

End of Label Matrix
Mailable recipients    62
Bypassed recipients     3
Total                  65